# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Carmody Concrete Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 5992**

**JUDGE CONNER**

TO: (Name and address of defendant)

Carmody Concrete Corporation
220 Ferris Avenue
White Plains, New York 10603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

07/01/08
DATE

CLERK

(BY) DEPUTY CLERK

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5992    AND FILED ON    7/1/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL    Plaintiff(s)/Petitioner(s)
Vs.
CARMODY CONCRETE CORPORATION    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/9/2008 at 11:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: CARMODY CONCRETE CORPORATION    (herein called recipient) therein named.
At Location: 220 FERRIS AVENUE
WHITE PLAINS NY 10603

By delivering to and leaving with JOSEPHINE CONGIONTI and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLACK
Age: 35/45    Height: 5'4"
Weight: 135    Other Features:

Sworn to before me on 7/10/2008

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: