UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

**REQUEST TO
CLERK FOR
ENTRY OF DEFAULT**

08-CIV-5992 (WCC)



                                            Plaintiffs,

        -against-

CARMODY CONCRETE CORPORATION,

                                            Defendant.
------------------------------------------------------------------X

TO:    J. MICHAEL McMAHON, Clerk of the United States District
       Court for the Southern District of New York

    Please enter the default of Defendant CARMODY CONCRETE CORPORATION pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on August 12, 2008.

Dated:  Hastings-on-Hudson, New York
        August 12, 2008

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    By: _____
                                    James M. Steinberg (JS-3515)
                                    Attorneys for Plaintiffs
                                    603 Warburton Avenue
                                    Hastings-on-Hudson, New York 10706
                                    (914) 478-4293

TO:    CARMODY CONCRETE CORPORATION
       220 Ferris Avenue
       White Plains, New York 10603